# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**                                                      **Case No.  2:06-cv-434-FtM-99DNF**

**ROBERT A. SAYLOR,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This matter came before the Court upon the Petition for Judicial Approval of Levy Upon Residence (Doc. 1) and the accompanying declaration and exhibits attached thereto filed on August 28, 2006, by the United States of America ("United States").  The United States seeks judicial approval for an administrative levy upon the personal residence of Robert A. Saylor to satisfy Saylor's unpaid federal tax liabilities.  On September 12, 2006, the Court issued a Notice and Order to Show Cause (Doc. 4) directing Robert A. Saylor to respond to the United States' Petition for Judicial Approval of Levy Upon Residence within twenty-five (25) days of being served with the Notice and Order to Show Cause.  As demonstrated by the United States' Notice of Filing of Proof of Service (Doc. 7), Robert A. Saylor was served with the Notice and Order to Show Cause on September 19, 2006.  Over twenty-five (25) days have passed, and Robert A. Saylor has not responded to the United States' Petition for Judicial Approval of Levy Upon Resident.

It is hereby respectfully recommended:

1) Pursuant to Internal Revenue Code Section 6334, the Petition for Judicial Approval of Levy Upon Principal Residence be granted.

2) The Internal Revenue Service be permitted to levy upon Robert A. Saylor's interest in the property located at 423 Avalon Drive, Cape Coral, Florida 33904, to satisfy part or all of his unpaid income tax liabilities for the tax years 1989, 1990, 1999, 2000, and 2001; his unpaid employment tax liabilities for the tax periods 12/31/88, 12/31/89, and 12/31/90; and his unpaid civil penalties for the tax years 1988, 1989, 1990, 1998, and 1999.

3) The levy be executed by any authorized officer of the Internal Revenue Service.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this <u>1st</u> day of November, 2006.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:

All Parties of Record