UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                               Case No. 2:06-cv-434-FtM-99DNF

ROBERT A. SAYLOR,

        Defendant.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #8), filed November 1, 2006, recommending that the Petition for Judicial Approval of Levy Upon Principal Residence be granted; that the Internal Revenue Service (IRS) be permitted to levy Robert A. Saylor's interest in a Cape Coral property; and the levy be executed by an authorized IRS officer. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation is hereby **accepted** and **adopted** and the Petition for Judicial Approval of Levy Upon Residence (Doc. #1) is **GRANTED** as follows:

a. The IRS is authorized to levy upon the taxpayer Robert A. Saylor's interest in the real property located at 423 Avalon Drive, Cape Coral, Florida 33904, more properly described as:

> Lots 33 and 34, Block 109, Unit 5, CAPE CORAL SUBDIVISION, according to the plat thereof recorded in Plat Book 11, Pages 80 to 90 inclusive, Public Records of Lee County, Florida.

(Doc. #1, ¶ 4.) for tax liabilities as of July 10, 2006, totaling $834,078.44, plus accrued interest and statutory additions.

b. Such levy shall be executed by any authorized officer of the Internal Revenue Service.

2. The Clerk shall enter judgment in favor of the United States of America and against Robert A. Saylor accordingly and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this __27th__ day of November, 2006.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record

Unrepresented defendant:

423 Avalon Drive

Cape Coral, Florida 33904